IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICHARD DARON KENNEDY, ) <br> ) <br>   Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> EUGENE REESE, Judge, ) <br> ) <br>   Defendant. ) | CIVIL ACTION NO. <br> 2:09cv275-MHT <br> (WO) |

### ORDER

It is ORDERED that plaintiff's motion for return of the filing fee (Doc. 28) is denied.

Plaintiff filed an application to proceed without prepayment of fees on April 1, 2009 (Doc. 2). On April 2, 2009, the motion was granted, and he was ordered to pay a $ 350 filing fee through drafts from his prison account. *See* Order (Doc. 3). When plaintiff filed a notice of appeal (Doc. 9) of the entry of judgment against him, the district court ordered that he pay a $ 455 filing fee for the notice of appeal, which he was required to pay under 28 U.S.C. § 1915. *See* Order (Doc. 16). While the court sympathizes with

plaintiff's desire to avoid the high costs of these filing fees, the court sees no grounds for overturning these orders.

DONE, this the 28th day of December, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE